UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x

JAMES IRONS

                                     Plaintiff,

                     -AGAINST-

LOUIS SCARCELLA, STEPHEN CHMIL, MICHAEL
PAUL, THE CITY OF NEW YORK, AND JOHN AND
JANE DOES 1-25,

                                  Defendants.

--------------------------------------------------------------------- x

**ANSWER TO PLAINTIFF'S COMPLAINT ON BEHALF OF DEFENDANT CITY OF NEW YORK**

23-CV-7633 (DG) (JAM)

JURY TRIAL DEMAND

      Defendant City of New York, by its attorney, the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, for its answer to the Complaint ("Complaint"), respectfully alleges, upon information and belief, as follows:

      1.     Denies the allegations set forth in paragraph "1" of the Complaint, except admits that plaintiff purports to proceed as stated therein.

      2.     Denies the allegations set forth in paragraph "2" of the Complaint, except admit that plaintiff was arrested in December 1995 for the murder of Harry Kaufman, and that he was convicted in October 1996, and that this conviction was ultimately vacated after he had spent approximately 27 years in custody.

      3.     Denies knowledge and information as to the allegations set forth in paragraph "3" of the Complaint, except admit that plaintiff was one of the individuals who called 911 to report the underlying incident.

4.      Admit the allegations set forth in paragraph "4" of the Complaint.

5.      Denies the allegations set forth in paragraph "5" of the Complaint, except respectfully refers the Court to the Kings County District Attorney's ("KDCA") Conviction Review Unit ("CRU") report cited therein.

6.      Denies the allegations set forth in paragraph "6" of the Complaint, except Admits that a Judge vacated the convictions and dismissed the charges against plaintiff on July 15, 2022.

7.      Denies the allegations set forth in paragraph "7" of the Complaint, except respectfully refers the Court to the Kings County District Attorney's ("KDCA") Conviction Review Unit ("CRU") report cited therein.

8.      Denies the allegations set forth in paragraph "8" of the Complaint, except respectfully refers the Court to the Kings County District Attorney's ("KDCA") Conviction Review Unit ("CRU") report cited therein.

9.      Denies the allegations set forth in paragraph "9" of the Complaint, except respectfully refers the Court to the Kings County District Attorney's ("KDCA") Conviction Review Unit ("CRU") report cited therein.

10.     Denies the allegations set forth in paragraph "10" of the Complaint, except respectfully refers the Court to the Kings County District Attorney's ("KDCA") Conviction Review Unit ("CRU") report cited therein.

11.     Paragraph "11" of the Complaint contains conclusions of law to which no response is required.

12.     Admits the allegations set forth in paragraph "12" of the Complaint.

13.  Paragraph "13" of the Complaint contains conclusions of law to which no response is required.

14.  Denies the allegations set forth in paragraph "14" of the Complaint; to the extent this paragraph contains conclusions of law, no response is required.

15.  Denies the allegations set forth in paragraph "15" of the Complaint; to the extent this paragraph contains conclusions of law, no response is required.

16.  Denies the allegations set forth in Paragraph "16" of the Complaint except admit that plaintiff purports to invoke the Court's jurisdiction as stated therein.

17.  Denies the allegations set forth in Paragraph "17" of the Complaint except admit that plaintiff purports to invoke the Court's jurisdiction as stated therein.

18.  Denies the allegations set forth in Paragraph "18" of the Complaint except admit that plaintiff purports to lay venue as stated therein.

19.  Denies the allegations set forth in Paragraph "19" of the Copmlaint except admit that plaintiff filed a notice of claim.

20.  Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "20" of the Complaint.

21.  Denies the allegations set forth in paragraph "21" of the Complaint except Admits that City is a municipal corporation organized under the laws of the State of New York.

22.  Denies the allegations set forth in paragraph "22" of the Complaint except Admits that City is a municipal corporation organized under the laws of the State of New York and that City maintains a police department known as the New York City Police Department ("NYPD") and respectfully referss the Court to the New York City Charter and Administrative Code for a recitation of City's responsibilities incident thereof.

23.      Denies the allegations set forth in paragraph "23" of the Complaint except admit that at all relevant times Charles Hynes was the Kings County District Attorney.

24.      Paragraph "24" of the Complaint contains conclusions of law to which no response is required.

25.      Paragraph "25" of the Complaint contains conclusions of law to which no response is required.

26.      Paragraph "26" of the Complaint contains conclusions of law to which no response is required, except Admits that Stephen Chmil is a retired officer of the NYPD; defendants admit that Scarcella and Chmil were employees of the City of New York at all relevant times as to the Complaint.

27.      Denies the allegations set forth in paragraph "27" of the Complaint, except admit that Scarcella is a retired member of the NYPD.

28.      Paragraph "28" of the Complaint contains conclusions of law to which no response is required, except Admits that Louis Scarcella is a retired officer of the NYPD.

29.      Denies the allegations set forth in paragraph "29" of the Complaint, except admit that Chmil is a retired member of the NYPD.

30.      Paragraph "30" of the Complaint contains conclusions of law to which no response is required, except Admits that Paul is a retired officer of the NYPD.

31.      Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "31" of the Complaint.

32.      Paragraph "32" of the Complaint is a demand for trial by jury to which no response is required.

33.      Admits the allegations set forth in paragraph "33" of the Complaint.

34.     Admits the allegations set forth in paragraph "34" of the Complaint.

35.     Admits the allegations set forth in paragraph "35" of the Complaint.

36.     Admits the allegations set forth in paragraph "36" of the Complaint.

37.     Admits the allegations set forth in paragraph "37" of the Complaint.

38.     Denies the allegations set forth in paragraph "38" of the Complaint, except admits that Irons called 911.

39.     Denies the allegations set forth in paragraph "39" of the Complaint, except admits that Irons called 911.

40.     Denies the allegations set forth in paragraph "40" of the Complaint, except admits that Irons called 911.

41.     Admits the allegations set forth in paragraph "41" of the Complaint.

42.     Admits the allegations set forth in paragraph "42" of the Complaint.

43.     Admits the allegations set forth in paragraph "43" of the Complaint.

44.     Admits the allegations set forth in paragraph "44" of the Complaint.

45.     Admits the allegations set forth in paragraph "45" of the Complaint.

46.     Denies the allegations set forth in paragraph "46" of the Complaint, except admits that the officers had information early in their investigation.

47.     Admits the allegations set forth in paragraph "47" of the Complaint.

48.     Admits the allegations set forth in paragraph "48" of the Complaint.

49.     Admits the allegations set forth in paragraph "49" of the Complaint.

50.     Denies knowledge and information the allegations set forth in paragraph "50" of the Complaint, and respectfully refers the Court to the CRU report.

51.     Admits the allegations set forth in paragraph "51" of the Complaint.

52.    Admits the allegations set forth in paragraph "52" of the Complaint.

53.    Denies the allegations set forth in paragraph "53" of the Complaint and respectfully refers the Court to the CRU report.

54.    Denies the allegations set forth in paragraph "54" of the Complaint and respectfully refers the Court to the CRU report.

55.    Admits the allegations set forth in paragraph "55" of the Complaint.

56.    Admits the allegations set forth in paragraph "56" of the Complaint.

57.    Admits the allegations set forth in paragraph "57" of the Complaint.

58.    Admits the allegations set forth in paragraph "58" of the Complaint.

59.    Denies the allegations set forth in paragraph "59" of the Complaint, except admit that Ricardo James was a suspect and that a confidential informant reported that James had confessed to the crime.

60.    Admits the allegations set forth in paragraph "60" of the Complaint.

61.    Admits the allegations set forth in paragraph "61" of the Complaint.

62.    Denies the allegations set forth in paragraph "62" of the Complaint, except admits that Irons came to the precinct on December 13, 1995.

63.    Admits the allegations set forth in paragraph "63" of the Complaint.

64.    Denies the allegations set forth in paragraph "64" of the Complaint, except admits that on December 14, 1995, Ricardo stated that he was present in the vicinity of the crime scene.

65.    Admits the allegations set forth in paragraph "65" of the Complaint.

66.    Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "66" of the Complaint.

67.     Admits the allegations set forth in paragraph "67" of the Complaint.

68.     Paragraph "68" of the Complaint contains conclusions of law to which no response is required.

69.     Paragraph "69" of the Complaint contains conclusions of law to which no response is required.

70.     Paragraph "70" of the Complaint contains conclusions of law to which no response is required.

71.     Paragraph "71" of the Complaint contains conclusions of law to which no response is required.

72.     Denies the allegations set forth in paragraph "72" of the Complaint, except admit that Paul spoke to plaintiff while he was in the precinct waiting area.

73.     Denies the allegations set forth in paragraph "73" of the Complaint, except admit that Paul spoke to plaintiff while he was in the precinct waiting area.

74.     Denies the allegations set forth in paragraph "74" of the Complaint, except admit that Paul spoke to plaintiff while he was in the precinct waiting area.

75.     Denies the allegations set forth in paragraph "75" of the Complaint.

76.     Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "76" of the Complaint.

77.     Admits the allegations set forth in paragraph "77" of the Complaint.

78.     Admits the allegations set forth in paragraph "78" of the Complaint.

79.     Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "79" of the Complaint.

80.    Denies the allegations set forth in paragraph "80" of the Complaint, and respectfully refer the Court to the CRU report.

81.    Denies the allegations set forth in paragraph "81" of the Complaint, and respectfully refer the Court to the CRU report.

82.    Admits to the allegations set forth in paragraph "82" of the Complaint.

83.    Denies the allegations set forth in paragraph "83" of the Complaint, and respectfully refer the Court to the CRU report.

84.    Denies the allegations set forth in paragraph "84" of the Complaint, and respectfully refer the Court to the CRU report.

85.    Denies the allegations set forth in paragraph "85" of the Complaint, and respectfully refer the Court to the CRU report.

86.    Denies the allegations set forth in paragraph "86" of the Complaint, and respectfully refer the Court to the CRU report.

87.    Denies the allegations set forth in paragraph "87" of the Complaint, and respectfully refer the Court to the CRU report.

88.    Denies the allegations set forth in paragraph "88" of the Complaint, and respectfully refer the Court to the CRU report.

89.    Denies the allegations set forth in paragraph "89" of the Complaint, and respectfully refer the Court to the CRU report.

90.    Denies the allegations set forth in paragraph "90" of the Complaint, and respectfully refer the Court to the CRU report.

91.    Denies the allegations set forth in paragraph "91" of the Complaint, and respectfully refer the Court to the CRU report.

92.     Denies the allegations set forth in paragraph "92" of the Complaint, and respectfully refer the Court to the CRU report.

93.     Denies the allegations set forth in paragraph "93" of the Complaint, and respectfully refer the Court to the CRU report.

94.     Denies the allegations set forth in paragraph "94" of the Complaint, and respectfully refer the Court to the CRU report.

95.     Denies the allegations set forth in paragraph "95" of the Complaint, and respectfully refer the Court to the CRU report.

96.     Denies the allegations set forth in paragraph "96" of the Complaint, and respectfully refer the Court to the CRU report.

97.     Denies the allegations set forth in paragraph "97" of the Complaint, and respectfully refer the Court to the CRU report.

98.     Denies the allegations set forth in paragraph "98" of the Complaint, and respectfully refer the Court to the CRU report.

99.     Denies the allegations set forth in paragraph "99" of the Complaint, and respectfully refer the Court to the CRU report.

100.    Denies the allegations set forth in paragraph "100" of the Complaint, and respectfully refer the Court to the CRU report.

101.    Denies the allegations set forth in paragraph "101" of the Complaint, and respectfully refer the Court to the CRU report.

102.    Denies the allegations set forth in paragraph "102" of the Complaint, and respectfully refer the Court to the CRU report.

103.    Denies the allegations set forth in paragraph "103" of the Complaint, and respectfully refer the Court to the CRU report.

104.    Denies the allegations set forth in paragraph "104" of the Complaint, and respectfully refer the Court to the CRU report.

105.    Denies the allegations set forth in paragraph "105" of the Complaint, and respectfully refer the Court to the CRU report.

106.    Denies the allegations set forth in paragraph "106" of the Complaint, and respectfully refer the Court to the CRU report.

107.    Denies the allegations set forth in paragraph "107" of the Complaint, and respectfully refer the Court to the CRU report.

108.    Denies the allegations set forth in paragraph "108" of the Complaint, and respectfully refer the Court to the CRU report.

109.    Denies the allegations set forth in paragraph "109" of the Complaint, and respectfully refer the Court to the CRU report.

110.    Denies the allegations set forth in paragraph "110" of the Complaint, and respectfully refer the Court to the CRU report.

111.    Denies the allegations set forth in paragraph "111" of the Complaint, and respectfully refer the Court to the CRU report.

112.    Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "112" of the Complaint.

113.    Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "113" of the Complaint.

114.    Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "114" of the Complaint.

115.    Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "115" of the Complaint.

116.    Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "116" of the Complaint.

117.    Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "117" of the Complaint.

118.    Admits the allegations set forth in paragraph "118" of the Complaint.

119.    Admits the allegations set forth in paragraph "119" of the Complaint.

120.    Admits the allegations set forth in paragraph "120" of the Complaint.

121.    Admits the allegations set forth in paragraph "121" of the Complaint.

122.    Admits the allegations set forth in paragraph "122" of the Complaint.

123.    Admits the allegations set forth in paragraph "123" of the Complaint.

124.    Admits the allegations set forth in paragraph "118" of the Complaint.

125.    Admits the allegations set forth in paragraph "125" of the Complaint.

126. Admit the allegations set forth in paragraph "126" of the Complaint.

127. Admits the allegations set forth in paragraph "127" of the Complaint.

128.    Admits the allegations set forth in paragraph "128" of the Complaint.

129.    Admits the allegations set forth in paragraph "129" of the Complaint.

130. Admits the allegations set forth in paragraph "130" of the Complaint.

131. Admits the allegations set forth in paragraph "131" of the Complaint.

132.    Admits the allegations set forth in paragraph "132" of the Complaint.

133. Denies the allegations set forth in paragraph "133" of the Complaint except admits that plaintiff's portion of the 911 call was not played to the jury.

134. Paragraph "134" of the Complaint contains conclusions of law to which no9 response is required.

135. Denies the allegations set forth in paragraph "135" of the Complaint.

136. Paragraph "136" of the Complaint contains conclusions of law to which no9 response is required.

137. Paragraph "137" of the Complaint contains conclusions of law to which no9 response is required.

138. Denies the allegations set forth in paragraph "138" of the Complaint except admit that evidence concerning Ricardo James was not shared with the defense.

139. Paragraph "139" of the Complaint contains conclusions of law to which no9 response is required.

140. Admits the allegations set forth in paragraph "139" of the Complaint.

141. Admits the allegations set forth in paragraph "141" of the Complaint.

142. Admits the allegations set forth in paragraph "142" of the Complaint.

143. Denies the allegations set forth in paragraph "143" of the Complaint and respectfully refers the Court to the CRU report.

144. Denies the allegations set forth in paragraph "144" of the Complaint and respectfully refers the Court to the CRU report.

145. Denies the allegations set forth in paragraph "145" of the Complaint and respectfully refers the Court to the CRU report.

146. Denies the allegations set forth in paragraph "146" of the Complaint and respectfully refers the Court to the CRU report.

147. Denies the allegations set forth in paragraph "147" of the Complaint and respectfully refers the Court to the CRU report.

148. Denies the allegations set forth in paragraph "148" of the Complaint and respectfully refers the Court to the CRU report.

149. Denies the allegations set forth in paragraph "149" of the Complaint and respectfully refers the Court to the CRU report.

150. Denies the allegations set forth in paragraph "150" of the Complaint and respectfully refers the Court to the CRU report.

151. Denies the allegations set forth in paragraph "151" of the Complaint and respectfully refers the Court to the CRU report.

152. Denies the allegations set forth in paragraph "152" of the Complaint and respectfully refers the Court to the CRU report.

153. Denies the allegations set forth in paragraph "153" of the Complaint and respectfully refers the Court to the CRU report.

154. Denies the allegations set forth in paragraph "154" of the Complaint and respectfully refers the Court to the CRU report.

155. Denies the allegations set forth in paragraph "155" of the Complaint and respectfully refers the Court to the CRU report.

156. Denies the allegations set forth in paragraph "156" of the Complaint and respectfully refers the Court to the CRU report.

157. Denies the allegations set forth in paragraph "157" of the Complaint and respectfully refers the Court to the CRU report.

158. Admits the allegations set forth in paragraph "158" of the Complaint.

159. Admits the allegations set forth in paragraph "159" of the Complaint.

160. Admits the allegations set forth in paragraph "160" of the Complaint.

161. Denies the allegations set forth in paragraph "161" of the Complaint and respectfully refers the Court to the CRU report.

162. Admits the allegations set forth in paragraph "162" of the Complaint.

163. Admits the allegations set forth in paragraph "163" of the Complaint.

164. Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "164" of the Complaint and respectfully refers the Court to the reports referenced therein.

165. Denies the allegations set forth in paragraph "165" of the Complaint.

166. Denies the allegations set forth in paragraph "166" of the Complaint and respectfully refers the Court to the report referenced therein.

167. Denies the allegations set forth in paragraph "167" of the Complaint and respectfully refers the Court to the report referenced therein.

168. Denies the allegations set forth in paragraph "168" of the Complaint and respectfully refers the Court to the report referenced therein.

169. Denies the allegations set forth in paragraph "169" of the Complaint and respectfully refers the Court to the report referenced therein.

170. Denies the allegations set forth in paragraph "170" of the Complaint and respectfully refers the Court to the report referenced therein.

171. Denies the allegations set forth in paragraph "171" of the Complaint and respectfully refers the Court to the report referenced therein.

172. Denies the allegations set forth in paragraph "172" of the Complaint and respectfully refers the Court to the report referenced therein.

173. Denies the allegations set forth in paragraph "173" of the Complaint and respectfully refers the Court to the report referenced therein.

174. Denies the allegations set forth in paragraph "174" of the Complaint and respectfully refers the Court to the report referenced therein.

175. Denies the allegations set forth in paragraph "175" of the Complaint and respectfully refers the Court to the report referenced therein.

176. Denies the allegations set forth in paragraph "176" of the Complaint and respectfully refers the Court to the report referenced therein.

177. Denies the allegations set forth in paragraph "177" of the Complaint and respectfully refers the Court to the program referenced therein.

178. Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "178" of the Complaint.

179. Denies the allegations set forth in paragraph "177" of the Complaint and respectfully refers the Court to the hearing referenced therein.

180. Denies the allegations set forth in paragraph "177" of the Complaint and respectfully refers the Court to the evidence referenced therein.

181. Denies the allegations set forth in paragraph "181" of the Complaint and respectfully refers the Court to the hearing referenced therein.

182. Denies the allegations set forth in paragraph "182" of the Complaint and respectfully refers the Court to the program referenced therein.

183. Denies the allegations set forth in paragraph "183" of the Complaint and respectfully refers the Court to the CRU reports referenced therein.

184. Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "184" of the Complaint.

185. Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "185" of the Complaint and respectfully refers the Court to the reports referenced therein.

186. Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "186" of the Complaint and respectfully refers the Court to the hearing referenced therein.

187. Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "187" of the Complaint and respectfully refers the Court to the hearing referenced therein.

188. Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "188" of the Complaint and respectfully refers the Court to the report referenced therein.

189. Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "187" of the Complaint and respectfully refers the Court to the Complaints referenced therein.

190. Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "187" of the Complaint and respectfully refers the Court to the case referenced therein.

191. Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "191" of the Complaint and respectfully refers the Court to the cases referenced therein.

192. Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "192" of the Complaint and respectfully refers the Court to the hearing referenced therein.

193. Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "193" of the Complaint and respectfully refers the Court to the hearing referenced therein.

194. Denies  the allegations set forth in paragraph "194" of the Complaint.

195. Denies knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "195" of the Complaint.

196. Denies  the allegations set forth in paragraph "196" of the Complaint.

197. Denies  the allegations set forth in paragraph "197" of the Complaint.

198. Denies  the allegations set forth in paragraph "198" of the Complaint.

199. Denies  the allegations set forth in paragraph "199" of the Complaint.

200. Denies the allegations set forth in paragraph "200" of the Complaint and respectfully refers the Court to the reports referenced therein.

201. Denies the allegations set forth in paragraph "201" of the Complaint and respectfully refers the Court to the cases referenced therein.

202. Denies the allegations set forth in paragraph "202" of the Complaint and respectfully refers the Court to the reports referenced therein.

203. Denies the allegations set forth in paragraph "203" of the Complaint.

204. Denies the allegations set forth in paragraph "204" of the Complaint.

205. Denies the allegations set forth in paragraph "205" of the Complaint.

206. Denies the allegations set forth in paragraph "206" of the Complaint.

207. Denies the allegations set forth in paragraph "207" of the Complaint.

208. Denies the allegations set forth in paragraph "208" of the Complaint.

209. Denies the allegations set forth in paragraph "209" of the Complaint.

210. Denies the allegations set forth in paragraph "210" of the Complaint.

211. Denies the allegations set forth in paragraph "211" of the Complaint.

212. Denies the allegations set forth in paragraph "212" of the Complaint.

213. Denies the allegations set forth in paragraph "213" of the Complaint.

214. Denies the allegations set forth in paragraph "214" of the Complaint.

215. Denies the allegations set forth in paragraph "215" of the Complaint.

216. Denies the allegations set forth in paragraph "216" of the Complaint.

217. Denies the allegations set forth in paragraph "217" of the Complaint.

218. Denies the allegations set forth in paragraph "218" of the Complaint.

219. Denies the allegations set forth in paragraph "219" of the Complaint.

220. Denies the allegations set forth in paragraph "220" of the Complaint.

221. Denies the allegations set forth in paragraph "221" of the Complaint.

222. Denies the allegations set forth in paragraph "222" of the Complaint.

223. Denies the allegations set forth in paragraph "223" of the Complaint.

224. Denies the allegations set forth in paragraph "224" of the Complaint.

225. Denies the allegations set forth in paragraph "225" of the Complaint.

226. Denies the allegations set forth in paragraph "226" of the Complaint.

227. Denies the allegations set forth in paragraph "227" of the Complaint.

228. Denies the allegations set forth in paragraph "228" of the Complaint.

229. Denies the allegations set forth in paragraph "229" of the Complaint.

230. Denies the allegations set forth in paragraph "230" of the Complaint.

231. Denies the allegations set forth in paragraph "231" of the Complaint except admit that plaintiff purports to proceed as stated therein.

232. Admits the allegations set forth in paragraph "232" of the Complaint.

233. Denies the allegations set forth in paragraph "233" of the Complaint except admit that plaintiff purports to proceed as stated therein.

234. Denies knowledge and information suffcent to form a belief as to the allegations set forth in paragraph "234" of the Complaint.

235. Denies knowledge and information suffcent to form a belief as to the allegations set forth in paragraph "235" of the Complaint.

236. Denies the allegations set forth in paragraph "236" of the Complaint.

237. Paragraph "237" of the Complaint contains conclusions of law to which no response is required.

238. In response to the allegations set forth in paragraph "238" of the Complaint, defendants repeat and re-allege the responses set forth in the preceding paragraphs of the answer to the complaint, as if fully set forth herein.

239. Denies the allegations set forth in paragraph "239" of the Complaint.

240. Denies the allegations set forth in paragraph "240" of the Complaint.

241. Denies the allegations set forth in paragraph "241" of the Complaint.

242. Denies the allegations set forth in paragraph "242" of the Complaint.

243. Denies the allegations set forth in paragraph "243" of the Complaint.

244. Denies the allegations set forth in paragraph "244" of the Complaint.

245. Denies the allegations set forth in paragraph "245" of the Complaint.

246. Denies the allegations set forth in paragraph "246" of the Complaint.

247. Denies the allegations set forth in paragraph "247" of the Complaint.

248. Denies the allegations set forth in paragraph "248" of the Complaint.

249. Denies the allegations set forth in paragraph "249" of the Complaint.

250. Denies the allegations set forth in paragraph "250" of the Complaint.

251. Denies the allegations set forth in paragraph "251" of the Complaint.

252. Denies the allegations set forth in paragraph "252" of the Complaint.

253. In response to the allegations set forth in paragraph "253" of the Complaint, defendants repeat and re-allege the responses set forth in the preceding paragraphs of the answer to the complaint, as if fully set forth herein.

254. Denies the allegations set forth in paragraph "254" of the Complaint.

255. Denies the allegations set forth in paragraph "255" of the Complaint.

256. Denies the allegations set forth in paragraph "256" of the Complaint.

257. Denies the allegations set forth in paragraph "257" of the Complaint.

258. Denies the allegations set forth in paragraph "258" of the Complaint.

259. Denies the allegations set forth in paragraph "259" of the Complaint.

260. Denies the allegations set forth in paragraph "260" of the Complaint.

261. Denies the allegations set forth in paragraph "261" of the Complaint.

262. In response to the allegations set forth in paragraph "262" of the Complaint, defendants repeat and re-allege the responses set forth in the preceding paragraphs of the answer to the complaint, as if fully set forth herein.

263. Denies the allegations set forth in paragraph "263" of the Complaint.

264. Denies the allegations set forth in paragraph "264" of the Complaint.

265. Denies the allegations set forth in paragraph "265" of the Complaint.

266. Denies the allegations set forth in paragraph "266" of the Complaint.

267. Denies the allegations set forth in paragraph "267" of the Complaint.

268. Denies the allegations set forth in paragraph "268" of the Complaint.

269. Denies the allegations set forth in paragraph "269" of the Complaint.

270. Denies the allegations set forth in paragraph "270" of the Complaint.

271. Denies the allegations set forth in paragraph "271" of the Complaint.

272. Denies the allegations set forth in paragraph "272" of the Complaint.

273. Denies the allegations set forth in paragraph "273" of the Complaint.

274. Denies the allegations set forth in paragraph "274" of the Complaint.

275. Denies the allegations set forth in paragraph "275" of the Complaint.

276. In response to the allegations set forth in paragraph "276" of the Complaint, defendants repeat and re-allege the responses set forth in the preceding paragraphs of the answer to the complaint, as if fully set forth herein.

277. Denies the allegations set forth in paragraph "277" of the Complaint.

278. Denies the allegations set forth in paragraph "278" of the Complaint.

279. Denies the allegations set forth in paragraph "279" of the Complaint.

280. Denies the allegations set forth in paragraph "280" of the Complaint.

281. Denies the allegations set forth in paragraph "281" of the Complaint.

282. Paragraph "282" of the Complaint contains conclusions of law to which no response is required.

283. Paragraph "283" of the Complaint contains conclusions of law to which no response is required.

284. Denies the allegations set forth in paragraph "284" of the Complaint.

285. Denies the allegations set forth in paragraph "285" of the Complaint.

286. In response to the allegations set forth in paragraph "286" of the Complaint, defendants repeat and re-allege the responses set forth in the preceding paragraphs of the answer to the complaint, as if fully set forth herein.

287. Denies the allegations set forth in paragraph "287" of the Complaint.

288. Denies the allegations set forth in paragraph "288" of the Complaint.

289. In response to the allegations set forth in paragraph "289" of the Complaint, defendants repeat and re-allege the responses set forth in the preceding paragraphs of the answer to the complaint, as if fully set forth herein.

290. Denies the allegations set forth in paragraph "290" of the Complaint.

291. Denies the allegations set forth in paragraph "291" of the Complaint.

292. Denies the allegations set forth in paragraph "292" of the Complaint.

293. Paragraph "293" of the Complaint contains conclusions of law to which no response is required.

## **AS AND FOR A FIRST AFFIRMATIVE DEFENSE:**

294.     The Complaint fails to state a claim upon which relief can be granted.

## **AS AND FOR A SECOND AFFIRMATIVE DEFENSE:**

295.    Defendant has not violated any rights, privileges or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof, or any act of Congress providing for the protection of civil rights.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE:

218.    Any injury alleged to have been sustained resulted from Plaintiff's own culpable or negligent conduct or the culpable or negligent conduct of non-parties or third parties, and was not the proximate result of any act of the Defendant.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE:

219.    Defendant has not violated any clearly established constitutional or statutory rights of which a reasonable person would have known, and therefore is protected by qualified immunity.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE:

220.    Plaintiff's claims may be barred by the relevant statute of limitations.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE:

221.    Plaintiff's claims may in whole or in part by the doctrines of *res judicata* and/or *collateral estoppel*.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE:

222.    There was probable cause for Plaintiff's arrest, detention,  and prosecution.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE:

225.    Punitive damages may not be assessed against the City of New York.

**WHEREFORE,** Defendant requests judgment dismissing the Complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated:          New York, New York
                February 23, 2024

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street Rm. 3-312
New York, NY 10007

By:          _____/s_____
             Omar J. Siddiqi
             *Senior Counsel*

- 24 -